UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
CYNTHIA WARREN,

                        Plaintiff,

-against-

NORTH SHORE UNIVERSITY HOSPITAL
AT FOREST HILLS,

                        Defendant.
------------------------------------------------------------------X

JUDGMENT
03-CV- 0019 (DGT)

      A Memorandum and Order of Honorable David G. Trager, United States District Judge, having been filed on September 29, 2006, granting defendant's motion for summary judgment; it is

      ORDERED and ADJUDGED that plaintiff take nothing of the defendant; and that defendant's motion for summary judgment is granted..

Dated: Brooklyn, New York
       October 24, 2006

                                                          s/Robert C. Heinemann
                                                          ROBERT C. HEINEMANN
                                                          Clerk of Court